**[J-54-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| | | |
|---|---|---|
| BARBARA TIANO, | : | No. 14 EAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered on |
| | : | August 17, 2023, at No. 438 CD |
| v. | : | 2022, affirming the Order of the |
| | : | Workers' Compensation Appeal |
| | : | Board entered on April 18, 2022, at |
| CITY OF PHILADELPHIA AND PMA | : | No. A21-0483. |
| MANAGEMENT CORP. (WORKERS' | : | |
| COMPENSATION APPEAL BOARD), | : | ARGUED: September 11, 2024 |
| | : | |
| Appellees | : | |


## ORDER


**PER CURIAM**                                                   **DECIDED: December 17, 2024**

AND NOW, this 17th day of December, 2024, the appeal is **DISMISSED** as having

been improvidently granted.

Justice Wecht files a dissenting statement.